1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,
                                              Case No.  CR-05-0167 WHA
10              Plaintiff,

11     v.                                     **ORDER APPOINTING COUNSEL FOR
                                              DEATH ELIGIBLE DEFENDANT**
12

13  EDGAR DIAZ,  *et al*.,                    **DEATH PENALTY CASE**

14              Defendants.

15      _____

16

17        The Government seeks imposition of the death penalty against defendant Raymon Milburn

18  in this case. On the recommendation of Barry Portman, the Federal Public Defender, the Court

19  appoints John Grele as Lead Counsel and Lynne Coffin as Learned Counsel for defendant Milburn,

20  *nunc pro tunc* to the date of Mr. Portman's first contact, respectively, with each counsel.

21        IT IS SO ORDERED.

22

23  Dated: May 10, 2007                     _____
                                            WILLIAM ALSUP
24                                          United States District Court Judge

25
26
27
28